# EXHIBIT A

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PAu 3-760-198

**Effective Date of Registration:**
November 03, 2014

## Title

| | |
|---|---|
| **Title of Work:** | The Humbling |
| **Nature of Claim:** | motion picture |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2014 |

## Author

| | |
|---|---|
| • **Author:** | A&T IP, Inc. |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Anonymous:** | No |
| **Pseudonymous:** | No |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | A&T SPVH, Inc. |
| | 318 N. Carson St., # 208, Carson City, NV, 89701 |
| **Transfer statement:** | by assignment |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | motion picture screenplay |
| **Previously registered:** | Yes |
| **Previous registration and year:** | Pending, 2013 |
| **Basis of current registration:** | This is a changed version of the work. |
| **New material included in claim:** | motion picture including audio, music and other cinematographic elements |

## Certification

| | |
|---|---|
| **Name:** | Rick Eyler |
| **Date:** | October 31, 2014 |

# EXHIBIT B

The Humbling 1-19xls.xls

| No | IP | HitDate UTC (mm/dd/yy) | File Name | File Hash | ISP | Region | City | Province |
|---|---|---|---|---|---|---|---|---|
| 1 | 50. 196. 240. 211 | 3/31/15 09:57:37 PM | The Humbling (2014) | SHA1: D9DED1958163B31337F7450309CB3D9CBD0B24D9 | Comcast Cable | Illinois | Roselle | DuPage |
| 2 | 50. 140. 178. 21 | 3/25/15 12:42:15 AM | The Humbling (2014) | SHA1: D9DED1958163B31337F7450309CB3D9CBD0B24D9 | Comcast Cable | Illinois | Romeoville | Will |
| 3 | 98. 228. 175. 60 | 3/24/15 12:09:46 AM | The Humbling (2014) | SHA1: D9DED1958163B31337F7450309CB3D9CBD0B24D9 | Comcast Cable | Illinois | Elgin | Kane |
| 4 | 50. 165. 221. 179 | 3/23/15 12:02:51 AM | The Humbling (2014) | SHA1: D9DED1958163B31337F7450309CB3D9CBD0B24D9 | Comcast Cable | Illinois | Waukegan | Lake |
| 5 | 73. 22. 236. 126 | 3/22/15 04:37:54 AM | The Humbling (2014) | SHA1: D9DED1958163B31337F7450309CB3D9CBD0B24D9 | Comcast Cable | Illinois | Chicago | Cook |
| 6 | 73. 8. 124. 254 | 3/21/15 01:57:33 AM | The Humbling (2014) | SHA1: D9DED1958163B31337F7450309CB3D9CBD0B24D9 | Comcast Cable | Illinois | Chicago | Cook |
| 7 | 24. 14. 139. 135 | 3/17/15 11:38:31 PM | The Humbling (2014) | SHA1: D9DED1958163B31337F7450309CB3D9CBD0B24D9 | Comcast Cable | Illinois | Chicago | Cook |
| 8 | 50. 129. 106. 24 | 3/15/15 03:48:54 AM | The Humbling (2014) | SHA1: D9DED1958163B31337F7450309CB3D9CBD0B24D9 | Comcast Cable | Illinois | Des Plaines | Cook |
| 9 | 73. 45. 126. 27 | 3/13/15 04:11:13 PM | The Humbling (2014) | SHA1: D9DED1958163B31337F7450309CB3D9CBD0B24D9 | Comcast Cable | Illinois | Cicero | Cook |
| 10 | 24. 14. 158. 25 | 3/12/15 08:11:40 PM | The Humbling (2014) | SHA1: D9DED1958163B31337F7450309CB3D9CBD0B24D9 | Comcast Cable | Illinois | Elgin | Kane |
| 11 | 67. 184. 66. 224 | 3/11/15 07:20:54 AM | The Humbling (2014) | SHA1: D9DED1958163B31337F7450309CB3D9CBD0B24D9 | Comcast Cable | Illinois | Lisle | DuPage |
| 12 | 50. 247. 141. 75 | 3/11/15 12:26:34 AM | The Humbling (2014) | SHA1: D9DED1958163B31337F7450309CB3D9CBD0B24D9 | Comcast Cable | Illinois | Park Ridge | Cook |
| 13 | 67. 162. 16. 210 | 3/10/15 09:41:28 PM | The Humbling (2014) | SHA1: D9DED1958163B31337F7450309CB3D9CBD0B24D9 | Comcast Cable | Illinois | Sterling | Whiteside |
| 14 | 24. 13. 103. 183 | 3/8/15 04:07:59 AM | The Humbling (2014) | SHA1: D9DED1958163B31337F7450309CB3D9CBD0B24D9 | Comcast Cable | Illinois | Chicago | Cook |
| 15 | 73. 208. 147. 41 | 3/8/15 12:22:17 AM | The Humbling (2014) | SHA1: D9DED1958163B31337F7450309CB3D9CBD0B24D9 | Comcast Cable | Illinois | Lemont | DuPage |
| 16 | 67. 186. 114. 118 | 3/7/15 03:18:20 AM | The Humbling (2014) | SHA1: D9DED1958163B31337F7450309CB3D9CBD0B24D9 | Comcast Cable | Illinois | Lockport | Will |
| 17 | 24. 14. 90. 221 | 3/6/15 03:19:08 AM | The Humbling (2014) | SHA1: D9DED1958163B31337F7450309CB3D9CBD0B24D9 | Comcast Cable | Illinois | Harwood Heights | Cook |
| 18 | 50. 141. 74. 12 | 3/5/15 09:31:20 PM | The Humbling (2014) | SHA1: D9DED1958163B31337F7450309CB3D9CBD0B24D9 | Comcast Cable | Illinois | Mount Prospect | Cook |
| 19 | 50. 158. 15. 196 | 3/3/15 09:03:16 PM | The Humbling (2014) | SHA1: D9DED1958163B31337F7450309CB3D9CBD0B24D9 | Comcast Cable | Illinois | Joliet | Will |