# EXHIBIT A

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-760-198**

**Effective Date of Registration:**
November 03, 2014

### Title

| | |
|---|---|
| Title of Work: | The Humbling |
| Nature of Claim: | motion picture |

### Completion/Publication

| | |
|---|---|
| Year of Completion: | 2014 |

### Author

| | |
|---|---|
| • Author: | A&T IP, Inc. |
| Work made for hire: | Yes |
| Citizen of: | United States |
| Anonymous: | No |
| Pseudonymous: | No |

### Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | A&T SPVH, Inc.<br>318 N. Carson St., # 208, Carson City, NV, 89701 |
| Transfer statement: | by assignment |

### Limitation of copyright claim

| | |
|---|---|
| Material excluded from this claim: | motion picture screenplay |
| Previously registered: | Yes |
| Previous registration and year: | Pending, 2013 |
| Basis of current registration: | This is a changed version of the work. |
| New material included in claim: | motion picture including audio, music and other cinematographic elements |

### Certification

| | |
|---|---|
| Name: | Rick Eyler |
| Date: | October 31, 2014 |

Page 1 of 1

# EXHIBIT B

| No | IP | HitDate UTC (mm/dd/yy) | File Name | File Hash | ISP | Region | City | Province |
|---|---|---|---|---|---|---|---|---|
| 1 | 50.196.240.211 | 3/31/15 09:57:37 PM | The Humbling (2014) | SHA1: D9DED1958163B31337F7450309CB3D9CBD0B24D9 | Comcast Cable | Illinois | Roselle | DuPage |
| 2 | 50.140.178.21 | 3/25/15 12:42:15 AM | The Humbling (2014) | SHA1: D9DED1958163B31337F7450309CB3D9CBD0B24D9 | Comcast Cable | Illinois | Romeoville | Will |
| 3 | 98.228.175.60 | 3/24/15 12:09:46 AM | The Humbling (2014) | SHA1: D9DED1958163B31337F7450309CB3D9CBD0B24D9 | Comcast Cable | Illinois | Elgin | Kane |
| 4 | 50.165.221.179 | 3/23/15 12:02:51 AM | The Humbling (2014) | SHA1: D9DED1958163B31337F7450309CB3D9CBD0B24D9 | Comcast Cable | Illinois | Waukegan | Lake |
| 5 | 73.22.236.126 | 3/22/15 04:37:54 AM | The Humbling (2014) | SHA1: D9DED1958163B31337F7450309CB3D9CBD0B24D9 | Comcast Cable | Illinois | Chicago | Cook |
| 6 | 73.8.124.254 | 3/21/15 01:57:33 AM | The Humbling (2014) | SHA1: D9DED1958163B31337F7450309CB3D9CBD0B24D9 | Comcast Cable | Illinois | Chicago | Cook |
| 7 | 24.14.139.135 | 3/17/15 11:38:31 PM | The Humbling (2014) | SHA1: D9DED1958163B31337F7450309CB3D9CBD0B24D9 | Comcast Cable | Illinois | Chicago | Cook |
| 8 | 50.129.106.24 | 3/15/15 03:48:54 AM | The Humbling (2014) | SHA1: D9DED1958163B31337F7450309CB3D9CBD0B24D9 | Comcast Cable | Illinois | Des Plaines | Cook |
| 9 | 73.45.126.27 | 3/13/15 04:11:13 PM | The Humbling (2014) | SHA1: D9DED1958163B31337F7450309CB3D9CBD0B24D9 | Comcast Cable | Illinois | Cicero | Cook |
| 10 | 24.14.158.25 | 3/12/15 08:11:40 PM | The Humbling (2014) | SHA1: D9DED1958163B31337F7450309CB3D9CBD0B24D9 | Comcast Cable | Illinois | Elgin | Kane |
| 11 | 67.184.66.224 | 3/11/15 07:20:54 AM | The Humbling (2014) | SHA1: D9DED1958163B31337F7450309CB3D9CBD0B24D9 | Comcast Cable | Illinois | Lisle | DuPage |
| 12 | 50.247.141.75 | 3/11/15 12:26:34 AM | The Humbling (2014) | SHA1: D9DED1958163B31337F7450309CB3D9CBD0B24D9 | Comcast Cable | Illinois | Park Ridge | Cook |
| 13 | 67.162.16.210 | 3/10/15 09:41:28 PM | The Humbling (2014) | SHA1: D9DED1958163B31337F7450309CB3D9CBD0B24D9 | Comcast Cable | Illinois | Sterling | Whiteside |
| 14 | 24.13.103.183 | 3/8/15 04:07:59 AM | The Humbling (2014) | SHA1: D9DED1958163B31337F7450309CB3D9CBD0B24D9 | Comcast Cable | Illinois | Chicago | Cook |
| 15 | 73.208.147.41 | 3/8/15 12:22:17 AM | The Humbling (2014) | SHA1: D9DED1958163B31337F7450309CB3D9CBD0B24D9 | Comcast Cable | Illinois | Lemont | DuPage |
| 16 | 67.186.114.118 | 3/7/15 03:18:20 AM | The Humbling (2014) | SHA1: D9DED1958163B31337F7450309CB3D9CBD0B24D9 | Comcast Cable | Illinois | Lockport | Will |
| 17 | 24.14.90.221 | 3/6/15 03:19:08 AM | The Humbling (2014) | SHA1: D9DED1958163B31337F7450309CB3D9CBD0B24D9 | Comcast Cable | Illinois | Harwood Heights | Cook |
| 18 | 50.141.74.12 | 3/5/15 09:31:20 PM | The Humbling (2014) | SHA1: D9DED1958163B31337F7450309CB3D9CBD0B24D9 | Comcast Cable | Illinois | Mount Prospect | Cook |
| 19 | 50.158.15.196 | 3/3/15 09:03:16 PM | The Humbling (2014) | SHA1: D9DED1958163B31337F7450309CB3D9CBD0B24D9 | Comcast Cable | Illinois | Joliet | Will |