**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| A&T SPVH, INC., | ) |
|     Plaintiff, | ) Case No.: 15-cv-6429 |
| | ) |
| | ) Judge Robert M. Dow, Jr. |
| v. | ) |
| | ) |
| DOES 1 – 19, | ) |
| | ) |
|     Defendants. | ) |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO TAKE DISCOVERY PRIOR TO RULE 26(F) CONFERENCE**

UPON Plaintiff's Motion for Leave to Take Discovery Prior to Rule 26(f) Conference, the Declaration of Daniel Macek and the accompanying Memorandum of Law, and the Court being duly advised in the premises does hereby:

FIND, ORDER AND ADJUDGE:

1. Plaintiff has established that "good cause" exists for serving third party subpoenas on the Internet Service Providers (the "ISPs") servicing Doe Defendant Nos. 1-19 to whom and ISP assigned an Internet Protocol ("IP") address as set forth in Exhibit B to the Complaint ("Exhibit B"). See UMG Recording, Inc. v. Doe, 2008 WL 4104214, *4 (N.D. Cal. 2008); and Arista Records LLC v. Does 1-19, 551 F.Supp.2d 1, 6-7 (D.D.C. 2008).

2. Plaintiff may serve each ISP with a Rule 45 subpoena commanding the ISP to provide Plaintiff with the true name and address of Doe Defendant Nos. 1-19 associated with the IP addresses set forth in exhibit B. The disclosure of this information is ordered pursuant to 47 U.S.C. §551(c)(2)(B).

3. Plaintiff may also serve a Rule 45 subpoena in the same manner as above on any service provider that may be identified in response to the foregoing subpoena as a provider of internet services to one of the above Doe Defendants.

4. Plaintiff shall serve a copy of this Order along with any subpoena issued pursuant to this Order.

5. Plaintiff may only use the information disclosed in response to a Rule 45 subpoena served pursuant to this Order for the purpose of protecting and enforcing Plaintiff's rights under the Copyright Act as set forth in its Complaint.

6. Before filing an amended Complaint identifying individual Doe Defendants by name, Plaintiff must file a motion requesting leave to file and any such motion shall be filed under seal.

ORDERED this 18th day of August, 2015

By _____
United States District Judge